723 A.2d 156

**In the Interest of R.A., a Minor.**

**Petition of R.A., a Minor.**

Supreme Court of Pennsylvania.

Dec. 7, 1998.

114

Bradley A. Winnick, Asst. Public Defender, George F. Shultz, Public Defender, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 7th day of December, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the trial court erred by refusing to suppress the physical evidence seized from Petitioner's person because it found that the seizure met the requirements of the plain feel exception to the warrant requirement.

This matter is to be consolidated for argument with *Commonwealth v. Stevenson,* 555 Pa. 113, 723 A.2d 156.